AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

FEB - 7 2020

DOUGLAS F. YOUNG, Clerk
By _____
    Deputy Clerk

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 5:20mJ-5004-001 |
| Jonathan TERRY | ) |
|  | ) |
|  | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 26, 2019 until January 7, 2020 in the county of Washington in the Western District of Arkansas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1344, 1349 | Conspiracy to commit Bank Fraud |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Alan Lee, Special Agent F.B.I.
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: 02/07/2020

_____
Judge's signature

City and state: Fayetteville Arkansas

Erin L. Wiedemann, Chief U.S. Magistrate
_____
Printed name and title

# AFFIDAVIT

I, Alan Lee, being duly sworn, do hereby depose and state as follows:

1.  I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI) and have been employed as such for over twenty years. I am currently assigned to the Little Rock Office, Fayetteville Resident Agency of the FBI, and have been since August of 2014. From October of 2004 to August of 2014, I was assigned to the Los Angeles Office of the FBI and prior to October 2004, I was assigned to the Chicago Office of the FBI. In connection with my official FBI duties, I investigate federal criminal violations, including, but not limited to, white collar crime, money laundering, weapons related crimes, human trafficking, and public corruption.

2.  This Affidavit is made in support of a criminal complaint and arrest warrant for Jonathan TERRY ("TERRY") for conspiracy to commit Bank Fraud, in violation of Title 18 U.S.C. §§ 1344 and 1349. I do not intend to convey everything I know about this investigation and am also summarizing the knowledge of other officers and agencies gained throughout this investigation. All dates should be considered "on or about" and all amounts to be "approximate."

3.  Beginning in September of 2019, a task force composed of Internal Revenue Service, Criminal Investigation Agents and FBI Special Agents ("Task Force") received information that TERRY was opening accounts at TD Ameritrade and Fidelity investment and shortly after attempting to make large ACH opening deposit transfers into those newly opened accounts. All of these transfers into the accounts were unauthorized and came from individuals who reported to law enforcement that these transfers from their accounts were being conducted without their knowledge or consent. TERRY was

arrested on November 19, 2019 on a state warrant and is currently incarcerated in Washington County.

4.   The Task Force learned that Deputy Clint Ham from the Madison County Sheriff's Office had received complaints of mail theft in Madison County. On August 13, 2019, an individual resident of Madison County, M.M.,[1] alleged that his mail was being stolen and also noted a suspicious charge on his Bank of America account for $5,900 that he did not make in July. M.M. put junk mail in his mail box as a test to see if his mail was being stolen and it was gone from the mailbox shortly thereafter. Officer Ham advised M.M. to put a game camera up to attempt to catch photographic evidence of the theft. M.M. and his neighbor did just that and on August 23, 2019, reported to a Madison County Sheriff's official that they obtained photos of an individual pulling up in a car in front of the mailbox and stealing mail. Those photos were transmitted to law enforcement and clearly display an individual known to me to be TERRY taking mail from multiple mailboxes and leaving the mailboxes open, returning to a Volkswagen car with several pieces of mail in his left hand, gets in the car and drives off. The car was not registered to TERRY but to another individual.

5.   Based upon this and other evidence, Deputy Ham obtained a state search warrant to look for stolen mail from Arkansas State Circuit Judge Joanna Taylor at the residence of the mother of TERRY, located in Madison County, Arkansas, which is

---

[1] The identity of the complaining witnesses/victims identified by initials in this affidavit are known to law enforcement but are being withheld from this affidavit to prevent their identity from becoming known to the general public. These are not anonymous sources, but rather known individuals/entities who made a report to law enforcement.

2

Affidavit                                                                                              Jonathan TERRY (Affidavit)

located in the Western District of Arkansas. This was also the address TERRY listed with his state probation and parole office.

6. Deputy Ham executed the state search warrant on that residence and found large quantities of stolen mail and a printer with check paper in it. The Madison County Sheriff's office also found a hard drive, printer and associated electronics, in that residence and seized those items. During the execution of that warrant, Deputy Ham interviewed TERRY's mother who claimed that the mail and printer, and electronics belonged to TERRY. TERRY was not present during the search warrant to be interviewed at that time.

7. The Task Force has received information and documents from TD Ameritrade and Fidelity Investments ("Fidelity") in this investigation. Responsive documents show that online accounts have been opened up in the name of multiple individuals to include TERRY, TERRY's mother, TERRY's brother, and others. Similar to the complaints that initiated the law enforcement investigation into TERRY, the initial deposits into those newly opened accounts with TD Ameritrade and Fidelity were made with fraudulent transfers from other victims' bank accounts.

8. For example, a Fidelity account ending in #6844 was opened in the name of TERRY's mother on July 18, 2019, using her social security number, date of birth and address in Madison County. This account was funded, in part, by the attempted transaction from M.M.'s Bank of America account noted above. Additionally, this account was attempted to be funded by a $5,000 treasury check that was stolen from a mail box (in the same row as the mailbox that M.M. was located) in Madison County,

3

Affidavit                                                     Jonathan TERRY (Affidavit)

altered, and deposited as well as a check stolen from the Electric Cowboy. The investigation into this account have revealed that transfers from those stolen funds were used to attempt to pay TERRY's Verizon bill (app. $1,400), TERRY's fines in Prairie Grove District Court (app. $2,500), and TERRY's attempted purchase of a vehicle at CarMart (app. $7,000).

9. Additionally, the investigation revealed that the following accounts were opened at Fidelity and TD Ameritrade in TERRY's name or in individuals' names associated with TERRY. These accounts were funded with fraudulent and unauthorized transfers and were used to further a scheme to defraud banks.

| Date | Company | Acct # | Acct Holder | Email Address using gmail.com | Address | Associated Phone Number |
|---|---|---|---|---|---|---|
| 6/29/19 | Fidelity | 2681 | TERRY | Terryjay467 | 11782 Strains Community Rd., Fayetteville, AR | (479) 879-4325 |
| 7/4/19 | Fidelity | 8264 | TERRY | Terryjay467 | 11782 Strains Community Rd., Fayetteville, AR | (479) 879-4325 |
| 7/4/19 | Fidelity | 6440 | TERRY | Terryjay467 | 11782 Strains Community Rd., Fayetteville, AR | (479) 879-4325 |
| 7/4/19 | Fidelity | 3083 | TERRY | Terryjay467 | 11782 Strains | (479) 879-4325 |

4

Affidavit                                                           Jonathan TERRY (Affidavit)

| | | | | | Community Rd., Fayetteville, AR | |
|---|---|---|---|---|---|---|
| 7/4/19 | Fidelity | 6316 | TERRY | Terryjay467 | 11782 Strains Community Rd., Fayetteville, AR | (479) 879-4325 |
| 7/18/19 | Fidelity | 6844 | TERRY's mother | R****B****85 | TERRY's mother's address in Elkins | Ending in #9501 |
| 7/18/19 | TD Ameritrade | 2698 | TERRY | Jonathanterry7@outlook.com | 11782 Strains Community Rd., Fayetteville, AR | (479) 879-4325 |
| 7/22/19 | TD Ameritrade | 1179 | "Jonathon" TERRY | Jonathanterry7@outlook.com | 11782 Strains Community Rd., Fayetteville, AR | (479) 879-4325 |
| 7/23/19 | TD Ameritrade | 9083 | TERRY's mother | TerryJay467 | 14378 Old Mill Rd. Elkins, AR | (479) 879-4325 |
| 7/23/19 | TD Ameritrade | 1822 | TERRY's mother | TerryJay467 | 14378 Old Mill Rd. Elkins, AR | (479) 879-4325 |
| 9/07/19 | TD Ameritrade | 7195 | J.W. | Jonathan[TERRY's DOB] | TERRY's mother's address in Elkins | (479) 879-4325 |
| 9/07/19 | TD Ameritrade | 7203 | J.W. | Jonathan[TERRY's DOB] | TERRY's mother's | (479) 879-4325 |

5

Affidavit                                    Jonathan TERRY (Affidavit)

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | address in Elkins | |
| 9/09/19 | TD Ameritrade | 4068 | TERRY's brother | Jonathan[TERRY's DOB] | 11782 Strains Community Rd., Fayetteville, AR | (479) 879-4325 |
| 9/09/19 | TD Ameritrade | 4153 | TERRY's brother | Jonathan[TERRY's DOB] | 11782 Strains Community Rd., Fayetteville, AR | (479) 879-4325 |
| 9/09/19 | TD Ameritrade | 0733 | J.D. | [Name of victim] | 1832 S. School Avenue, Fayetteville, AR | (479) 879-4325 |

10. According to subpoenaed information received by Officer Mixson of the Fayetteville Police Department from Verizon, phone number 479-879-4325 is subscribed to "Jonathon TERRY."

11. TD Ameritrade accounts ending in #7195 and #4068, listed above, were funded with $275,000 in transfers from O.I.'s bank account at Bank of Fayetteville.[2] The account owner, J.S., was interviewed and did not authorize the transfer and was uncertain how his account number was even obtained. J.S. immediately contacted Bank of Fayetteville and had his account closed after he realized it was compromised. After this account was closed, an attempt was made to pay a city utility bill at 2916 East Wyman

---

2 O.I. is a local corporation and J.S. is the business and account owner.

6

Road in Fayetteville, Arkansas, in the amount of $500, an address that TERRY was known to occupy during the course of this investigation. The utility company lists an individual *other* than TERRY or any of the other suspects named herein as the account holder for that address.

12. However, a contact phone number of (479) 879-4325 was entered with the $500 payment on the utility bill for that residence. City utility paperwork noted the payment also originated from this number.

13. On October 10, 2019, CW1 was interviewed while he/she was incarcerated on unrelated charges. CW1 stated that he/she knew that TERRY was opening fraudulent TD Ameritrade and Fidelity accounts in TERRY's name and in other individual's names. CW1 also reported that TERRY stole mail to obtain bank account information and then attempted to transfer funds from victim's accounts to the TD Ameritrade and Fidelity accounts that he set up. CW1 said TERRY would do this using his phone and a laptop computer. CW1 reported that TERRY uses two phone numbers, one being (479) 879-4325. It should be noted that CW1 was incentivized to speak to investigators because CW1 was requesting the Government to reach out to local prosecuting entities to obtain a court appearance for CW1. After visiting with CW1, a court date was set for him/her.

14. CW1 said that he/she is aware that TERRY opened an account in the name of TERRY's brother. CW1 stated that TERRY's brother did not authorize TERRY to open the account in his name. CW1 said TERRY took photographs on his phone of individuals' driver's licenses and other personal information without their knowledge in

7

Affidavit                                                                 Jonathan TERRY (Affidavit)

order to use this information later without their consent. CW1 was questioned about a $5,000 check that was attempted to be sent to him/her from TD Ameritrade account #1179 set up in the name of TERRY. CW1 claimed to be unaware of this but admitted the address the check was to be sent to was an address associated with him/her. CW1 also said on one occasion CW1 was sleeping in the back cab of a truck leased or rented by TERRY. When CW1 awoke, CW1 noticed that TERRY was driving around stealing mail.

15. On the evening of October 12, 2019 into the early morning hours October 13, 2019, a vehicle was stopped by the Arkansas Highway Patrol. The officer approached the vehicle, and an individual who was laid down in the back seat of the car, ran away from the traffic stop on foot. The officer then questioned the driver, TERRY's mother, about who ran away. TERRY's mother admitted it was TERRY. While conducting an inventory search of the vehicle, the officer found a pile of stolen mail and a computer tablet in the back of the car. TERRY's mother stated that the mail was put in the car by TERRY prior to her getting in the car. She said that when TERRY ran, he left the mail in the car.

16. On November 19, 2019, Fayetteville Police conducted surveillance in Fayetteville, Arkansas. During their surveillance they observed TERRY's brother exit what they thought was a stolen vehicle and the enter Apartment C17. Later, TERRY's brother exited that apartment and was detained by Fayetteville Police for an outstanding warrant. The resident of Apartment C17, L.S., was then questioned by Fayetteville Police and admitted TERRY was currently in her apartment and was attempting to flee

out a back window. At that time, a Fayetteville Police Officer was positioned in the back of the apartment complex and observed TERRY flee out the back window and a foot pursuit ensued. TERRY had an outstanding state warrant. TERRY was caught and arrested that night.

17. After being placed under arrest, TERRY was mirandized and interviewed on two occasions. On the first occasion, TERRY denied any criminal conduct. On the second interview, which occurred several days later, TERRY admitted to stealing mail and that the mail recovered from his mother's house as a result of the Madison County search warrant was "mine" and another individual. TERRY also stated that he left stolen mail in his mother's car when he absconded from police, referring to the October 12, 2019, traffic stop.

18. TERRY stated that he was working with others to "wash" money through a Fidelity account set up in his name, wash checks and redeposit them, and transfer funds using the account number. TERRY also confirmed that he set up a Fidelity Account in his mother's name (ending in #6844) and that she did not have any knowledge of the account opening. He denied knowing about the source of the money that was deposited but when he reviewed the checks deposited, he conceded that their alteration looked fake and that the funds were attempted to be used to pay off his debts. TERRY further admitted opening up TD Ameritrade Account ending in #2698, listed above. TERRY listed other individuals that he was working with and expressed concern that he was going to take the heat for the activities of others. TERRY recited the majority of a

recently created Fidelity Account routing number from memory and stated that if there was any money in that account it was "fraudulent."

19. According to an analysis of the above-referenced accounts in paragraph 9 by IRS-CI, hundreds of thousands of dollars in fraudulent deposits were made into those accounts by TERRY and his conspirators. Those fraudulent deposits originated from unwitting bank customers and TERRY and his conspirators arranged for hundreds of thousands of dollars in unauthorized electronic transfers to accounts set up by and accessed by TERRY. After the transfers were made, TERRY and others attempted to pay themselves out of those fraudulent deposits prior to the bank realizing that the transfers were fraudulent. According to bank records, these accounts being opened and fraudulent transfers being attempted occurred between June 29, 2019 and continued until his arrest. The banks from which TERRY attempted these fraudulent transfers are insured by the Federal Deposit Insurance Commission.

20. The investigation into TERRY continued after his arrest. As to the Aggravated Identity Theft Charge, TD Ameritrade provided a call to investigators in which on September 19, 2019, TERRY called in to inquire about account ending in #0733 in the name of J.D. To access the account, TERRY provided the customer service representative with J.D.'s Social security number and date of birth. The representative tells TERRY the account is closed. TERRY asks "why" and states that the account isn't fraudulent because it is his account and he opened it. He asks if a $25,000 transfer was posted to the account. The representative tells him the account is empty because the money went back out on the 13th. The $25,000 that TERRY attempt to post to the

account was an attempted $25,000 transfer from O.I.'s account at the Bank of Fayetteville referenced in paragraph 11. J.D. was interviewed and denied knowing anything about this account and stated that he never gave permission to TERRY to use his identifying information.

21. In a review of TERRY's jail calls since he has been incarcerated, TERRY can be heard making further inculpatory comments and directing individuals to access financial accounts. For example:

A. On November 30, 2019, TERRY remarked to an individual that the detective "thinks" he has it figured out, but he doesn't and that there are 500 accounts he doesn't know about.

B. On December 7, 2019, TERRY called another individual and instructed her to write down an account number (ending in 0973). TERRY stated that that was his Fidelity account and it has $200,000 in it. He expresses worry that the conversations are recorded and tells her to google Fidelity's routing number. He instructs the caller to pay other's bills and that when he gets out he can go to the Bank of America and withdraw $10,000.

C. On December 21, 2019, TERRY provides an individual with an American Express number along with numbers purportedly listed on the back. TERRY states that he needs money on his "books" and that's why he's providing the account number.

D. On January 7, 2019, TERRY provides a routing number and account number for a payroll account and tells another individual they can withdraw $10,000 in cash every Friday.

11

Affidavit                                                  Jonathan TERRY (Affidavit)

Further your Affiant sayeth not.

_____
Alan Lee, Affiant
Special Agent, FBI

Sworn to before me, and subscribed in my presence on the 7th day of February, 2020.

_____
HONORABLE ERIN L. WIEDEMANN
CHIEF U.S. MAGISTRATE JUDGE